**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Detrick Tiwan Williams, Appellant.

Appellate Case No. 2013-000074

―――――――――

Appeal From York County
John C. Hayes, III, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2014-UP-327
Submitted July 1, 2014 – Filed September 3, 2014

―――――――――

**AFFIRMED**

―――――――――

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.

―――――――――

**PER CURIAM:** Detrick Tiwan Williams appeals his conviction of indecent exposure, arguing the trial court erred in denying his motion for a directed verdict.

We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. Weston*, 367 S.C. 279, 292, 625 S.E.2d 641, 648 (2006) ("When ruling on a motion for a directed verdict, the trial court is concerned with the existence or nonexistence of evidence, not its weight."); *id.* at 292-93, 625 S.E.2d at 648 ("If there is any direct evidence or any substantial circumstantial evidence reasonably tending to prove the guilt of the accused, the [trial court] must find the case was properly submitted to the jury.");  S.C. Code Ann. § 16-15-130 (2003) ("It is unlawful for a person to wilfully, maliciously, and indecently expose his person in a public place, on property of others, or to the view of any person on a street or highway.");  *State v. Williams*, 280 S.C. 305, 306-07, 312 S.E.2d 555, 556 (1984) (adopting the definition of a public place as "[a]ny place so situated that what passes there can be seen by any considerable number of persons, if they happen to look" (citations omitted)).

**AFFIRMED.**[1]

**FEW, C.J., and SHORT and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.